UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| The Prudential Insurance Company of America,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Worzer, et al<br><br><br>　　　　　Defendants. | Civil Action No. 06-cv-6277  (PGS)<br><br><br><br>ORDER |

　　　　WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

　　　　IT IS on this 21st day of April, 2008,

　　　　ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party upon good cause shown within sixty days may reopen the action if settlement is not consummated. The court retains jurisdiction over the agreement to enforce the terms.

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Peter G. Sheridan_

　　　　　　　　　　　　　　　　　　　　　　　　　PETER G. SHERIDAN, U.S.D.J.